IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ROEL AND GLORIA | § | |
| SMITH, | § | |
|      *Plaintiffs*, | § | |
| | § | |
| VS. | § | Civil Action No. ____7:15-cv-00315____ |
| | § | |
| STATE FARM LLOYDS, | § | |
|      *Defendants*. | § | |
| | § | |
| | § | |
| | § | |

**EXHIBIT 1**

Page **1** of **1**



j|d

LAW

713.337.4100          1010 LAMAR, SUITE 200          713.337.4101
TELEPHONE          HOUSTON, TEXAS 77002          FACSIMILE

## FACSIMILE TRANSMITTAL SHEET

**TO:**     Sylvia Garza          **FAX NO.:** (844) 236-3646
            State Farm Lloyds

**FROM:**   Joshua P. Davis          **PAGES (including cover sheet):** 41

**DATE:**   April 15, 2015

**RE:**     Our Client:     Roel Smith
            Policy No.:     83-EB-6076-5
            Claim No.:      53-596X-966
            Date of Loss:   May 28, 2014

COMMENTS:

    Please see attached.

)

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.



# j|d

## LAW

713.337.4100
TELEPHONE

1010 LAMAR, SUITE 200
HOUSTON, TEXAS 77002

713.337.4101
FACSIMILE

JOSH DAVIS
josh@thejdfirm.com
*Board Certified in Personal Injury Trial Law*
*By the Texas Board of Legal Specialization*

April 15, 2015

**_Via Facsimile (844) 236-3646_**
Sylvia Garza
State Farm Lloyds
P.O. Box 106169
Atlanta, GA 30348-6169

|   | Re: | Our Client: | Roel Smith |
|---|-----|-------------|------------|
|   |     | Policy No.: | 83-EB-6076-5 |
|   |     | Claim No.: | 53-596X-966 |
|   |     | Date of Loss: | May 28, 2014 |

Dear Ms. Garza:

Please accept this letter and the attached damage model and estimate as my client's final demand regarding the above referenced claim. Please find enclosed:

1.  Roel Smith's Damage Model; and,

2.  Quality Loss Assessment Estimate.

State Farm's failure to abide by the terms of the referenced policy (the "Policy") led to a relatively small roof replacement claim growing into a large claim—as happens when insurance companies refuse to insure a covered loss in Texas. As you know, the TEXAS INSURANCE CODE provides significant statutory penalties when an insurance company fails to pay a claim. The attached damage model highlights those penalties. Based on State Farm's failures—and my client's resulting damages that include attorneys' fees and expert fees—my client demands **$91,365.56** to resolve his claims. This figure accounts for my client's deductible of $3,335.00. Because my client is

JOSH DAVIS LAW FIRM

Sylvia Garza
April 15, 2015
Page 2

alleging breach of contract, I am not withholding depreciation in the damage model. These claims—in which State Farm has violated the TEXAS INSURANCE CODE and the clear terms of the Policy—require full resolution.

State Farm denied the claim, finding no damage attributable to the May 28, 2014 hailstorm. This finding is shown to be completely inaccurate based on Quality Loss Assessment's inspection and the attached photographs.

Based on Quality Loss Assessment's estimate of $56,883.88, State Farm has severely underestimated the damage to the property. State Farm fails to offer any evidence of its investigation that could attribute the property's damage to some non-covered loss event.

Based on State Farm's violations of the INSURANCE CODE thus far, along with a very credible estimate from Quality Loss Assessment, I fully expect a jury to pay fair value for this claim. My client was required to retain multiple experts and an attorney to fight for the policy proceeds State Farm is required to pay under the Policy. My client demands **$91,365.56** to resolve his claim, payable to Roel Smith & Joshua P. Davis, P.C., d/b/a Josh Davis Law Firm by **May 15, 2015**. If we have not received payment by that date this settlement demand is withdrawn and we will file suit.

If you have any comments or concerns, please do not hesitate to contact me at (713) 337-4100.

> With best wishes,
>
> /s/ J.P. Davis
>
> Joshua P. Davis

JPD:kr
Enclosures

## Smith Damage Model

| | |
|---|---|
| Quality Loss Assessment Estimate | $56,883.88 |
| State Farm Deductible | $3,335.00 |
| State Farm Payment to Smith | $0.00 |
| Total Policy Claims | $53,548.88 |
| | |
| 18% Penalty | $343.30 |
| | |
| Mental Anguish | $5,000.00 |
| | |
| Attorney's Fees | $24,016.87 |
| Taxable Court Costs | $1,150.00 |
| Pre-Judgment Interest | $7,306.50 |
| | |
| Total: | $91,365.56 |

## QUALITY LOSS ASSESSMENT

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

| | | | |
|---|---|---|---|
| Insured: | SMITH, ROEL | Home: | (956) 735-6031 |
| Property: | 2805 CENIZO CIR | | |
| | RIO GRANDE CITY, TX | | |
| Estimator: | CORY GARZA | Business: | (210) 760-9621 |

| Claim Number: | Policy Number: | Type of Loss: |
|---|---|---|

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 3/2/2015 8:21 AM |

| | |
|---|---|
| Price List: | TXMC10X_JAN15 |
| | Restoration/Service/Remodel |
| Estimate: | SMITH-ROEL-2805 |

## QUALITY LOSS ASSESSMENT

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

### SMITH-ROEL-2805

**Roof**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 1. Remove Laminated - comp. shingle rfg. - w/out felt | 60.72 SQ | 56.80 | 0.00 | 3,448.90 |
| 2. Laminated - comp. shingle rfg. - w/ felt | 70.00 SQ | 0.00 | 208.82 | 14,617.40 |
| 3. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 60.72 SQ | 9.55 | 0.00 | 579.88 |
| 4. Additional charge for steep roof - 7/12 to 9/12 slope | 70.00 SQ | 0.00 | 30.34 | 2,123.80 |
| 5. Asphalt starter - universal starter course | 408.00 LF | 0.00 | 1.45 | 591.60 |
| 6. R&R Ridge cap - composition shingles | 415.00 LF | 1.63 | 3.84 | 2,270.05 |
| 7. R&R Drip edge/gutter apron | 408.00 LF | 0.23 | 1.78 | 820.08 |
| 8. R&R Valley metal | 240.00 LF | 0.41 | 4.01 | 1,060.80 |
| 9. R&R Chimney flashing - large (32" x 60") | 1.00 EA | 17.08 | 334.43 | 351.51 |
| 10. R&R Continuous ridge vent - shingle-over style | 50.00 LF | 0.58 | 6.81 | 369.50 |
| 11. R&R Flashing - pipe jack | 4.00 EA | 4.81 | 27.34 | 128.60 |
| 12. Floor protection - cloth - skid resistant, breathable | 3,265.00 SF | 0.94 | 0.00 | 3,069.10 |
| Protection of landscaping and siding from shigles being blown back into the sides of the home | | | | |
| 13. General Laborer - per hour | 8.00 HR | 0.00 | 30.05 | 240.40 |
| 2 MEN 4 HRS EACH CLEAN-UP | | | | |
| 14. Digital satellite system - alignment and calibration only | 1.00 EA | 0.00 | 76.92 | 76.92 |
| 15. Digital satellite system - Detach & reset | 1.00 EA | 0.00 | 25.65 | 25.65 |
| 16. Step flashing | 23.00 LF | 0.00 | 7.02 | 161.46 |

Totals: Roof                                                                              29,935.65

**Bathroom**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 17. R&R 5/8" drywall - hung, taped, ready for texture | 168.00 SF | 0.29 | 1.51 | 302.40 |
| 18. Texture drywall - smooth / skim coat | 168.00 SF | 0.00 | 0.82 | 137.76 |
| 19. Detach & Reset Light fixture | 2.00 EA | 0.00 | 0.00 | 74.34 |
| 20. Crown molding - Detach & reset | 32.00 LF | 0.00 | 2.25 | 72.00 |

SMITH-ROEL-2805                                                     3/3/2015                Page: 2

## QUALITY LOSS ASSESSMENT

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

### CONTINUED - Bathroom

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 21. Floor protection - corrugated cardboard and tape | 168.00 SF | 0.00 | 0.53 | 89.04 |
| 22. Mask and prep for paint - plastic, paper, tape (per LF) | 32.00 LF | 0.00 | 1.13 | 36.16 |
| 23. Paint the surface area - two coats | 168.00 SF | 0.00 | 0.74 | 124.32 |
| 24. Paint crown molding, oversized - two coats | 32.00 LF | 0.00 | 1.17 | 37.44 |
| 25. Clean floor | 168.00 SF | 0.00 | 0.32 | 53.76 |
| 26. Final cleaning - construction - Residential | 168.00 SF | 0.00 | 0.20 | 33.60 |

Totals: Bathroom                                                                    960.82

### HVC

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 27. R&R Central air conditioning system - 2 ton - 16-21 SEER | 1.00 EA | 94.63 | 3,371.08 | 3,465.71 |

Totals: HVC                                                                         3,465.71

### Exterior/General

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 28. Scrape the surface area & prep for paint | 549.00 SF | 0.00 | 0.46 | 252.54 |
| FACIA MUST BE PAINTED AFTER REMOVAL AND NEW DRIP IS INSTALLED | | | | |
| 29. Prime & paint exterior fascia - wood, 4"-6" wide | 549.00 LF | 0.00 | 1.27 | 697.23 |
| 30. Two ladders with jacks and plank (per week) | 1.00 WK | 0.00 | 357.79 | 357.79 |
| LADDERS AND JACKS TO SCRAPE AND PAINT FACIA | | | | |
| 31. Scaffolding Setup & Take down - per hour | 6.00 HR | 0.00 | 30.05 | 180.30 |
| LABOR TO RESET LADDERS AND JACKS | | | | |
| 32. Single axle dump truck - per load - including dump fees | 1.00 EA | 199.65 | 0.00 | 199.65 |
| 33. Roofer - per hour | 8.00 HR | 0.00 | 81.94 | 655.52 |

SMITH-ROEL-2805                                              3/3/2015        Page: 3

## QUALITY LOSS ASSESSMENT

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

### CONTINUED - Exterior/General

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| POST CONSTRUCTION CLEAN UP OF EXTERIOR | | | | |
| 34. Residential Supervision / Project Management - per hour | 8.00 HR | 0.00 | 57.85 | 462.80 |
| Totals:  Exterior/General | | | | 2,805.83 |

### Guest HOUSE

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 35. Remove Laminated - comp. shingle rfg. - w/out felt | 60.72 SQ | 56.80 | 0.00 | 3,448.90 |
| 36. Laminated - comp. shingle rfg. - w/ felt | 12.67 SQ | 0.00 | 208.82 | 2,645.75 |
| 37. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 0.12 SQ | 9.55 | 0.00 | 1.15 |
| 38. Additional charge for steep roof - 7/12 to 9/12 slope | 12.66 SQ | 0.00 | 30.34 | 384.10 |
| 39. Asphalt starter - universal starter course | 141.00 LF | 0.00 | 1.45 | 204.45 |
| 40. R&R Ridge cap - composition shingles | 100.00 LF | 1.63 | 3.84 | 547.00 |
| 41. R&R Drip edge/gutter apron | 141.00 LF | 0.23 | 1.78 | 283.41 |
| 42. R&R Valley metal | 12.00 LF | 0.41 | 4.01 | 53.04 |
| 43. R&R Flashing - pipe jack | 1.00 EA | 4.81 | 27.34 | 32.15 |
| 44. Floor protection - cloth - skid resistant, breathable | 1,186.00 SF | 0.94 | 0.00 | 1,114.84 |
| Protection of landscaping and siding from shigles being blown back into the sides of the home | | | | |
| 45. General Laborer - per hour | 8.00 HR | 0.00 | 30.05 | 240.40 |
| 2 MEN 4 HRS EACH CLEAN-UP | | | | |
| Totals:  Guest HOUSE | | | | 8,955.19 |
| Line Item Totals: SMITH-ROEL-2805 | | | | 46,123.20 |

30c1510509644WPSDY1P0 Received 4/15/2015 12:09:55 PM [Eastern Daylight Time]

## QUALITY LOSS ASSESSMENT

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

### Summary for Dwelling

| | | | |
|---|---|---|---:|
| Line Item Total | | | 46,123.20 |
| Material Sales Tax | @ | 8.250% | 1,279.98 |
| Subtotal | | | 47,403.18 |
| Overhead | @ | 10.0% | 4,740.35 |
| Profit | @ | 10.0% | 4,740.35 |
| **Replacement Cost Value** | | | **$56,883.88** |
| **Net Claim** | | | **$56,883.88** |

CORY GARZA

## QUALITY LOSS ASSESSMENT

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

### Recap by Room

**Estimate: SMITH-ROEL-2805**

|  |  |  |
|---|---|---|
| Roof | 29,935.65 | 64.90% |
| Bathroom | 960.82 | 2.08% |
| HVC | 3,465.71 | 7.51% |
| Exterior/General | 2,805.83 | 6.08% |
| Guest HOUSE | 8,955.19 | 19.42% |
| **Subtotal of Areas** | **46,123.20** | **100.00%** |
| **Total** | **46,123.20** | **100.00%** |

SMITH-ROEL-2805                                    3/3/2015        Page: 6

30c1510509646WPSDY1P0 Received 4/15/2015 12:09:55 PM [Eastern Daylight Time]

Apr. 15, 2015 11:10AM                                    No. 2434   P. 11/42

## QUALITY LOSS ASSESSMENT

600 E SONTERRA #1406
SAN ANTONIO, TX 78258

### Recap by Category

| O&P Items | | | Total | % |
|---|---|---|---|---|
| CLEANING | | | 87.36 | 0.15% |
| GENERAL DEMOLITION | | | 13,144.94 | 23.11% |
| DRYWALL | | | 391.44 | 0.69% |
| ELECTRICAL - SPECIAL SYSTEMS | | | 102.57 | 0.18% |
| FINISH CARPENTRY / TRIMWORK | | | 72.00 | 0.13% |
| HEAT, VENT & AIR CONDITIONING | | | 3,371.08 | 5.93% |
| LABOR ONLY | | | 943.60 | 1.66% |
| LIGHT FIXTURES | | | 74.34 | 0.13% |
| PAINTING | | | 1,236.73 | 2.17% |
| ROOFING | | | 26,161.05 | 45.99% |
| SCAFFOLDING | | | 538.09 | 0.95% |
| O&P Items Subtotal | | | 46,123.20 | 81.08% |
| Material Sales Tax | @ | 8.250% | 1,279.98 | 2.25% |
| Overhead | @ | 10.0% | 4,740.35 | 8.33% |
| Profit | @ | 10.0% | 4,740.35 | 8.33% |
| Total | | | 56,883.88 | 100.00% |

SMITH-ROEL-2805                                          3/3/2015          Page: 7