**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **ROEL AND GLORIA SMITH,** | § § § | |
| *Plaintiff,* | § § | |
| VS. | § § | Civil Action No. __7:15-cv-00315__ |
| **STATE FARM LLOYDS,** | § § | |
| *Defendants.* | § § § | |

# EXHIBIT 2

Page **1** of **1**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ROEL AND GLORIA SMITH<br>  *Plaintiffs*, | §<br>§<br>§ | |
| VS. | §<br>§ | Civil Action No.  7:15-cv-00315 |
| STATE FARM LLOYDS,<br>  *Defendant.* | §<br>§<br>§ | |

### INDEX OF MATTERS BEING FILED
### AND LIST OF ALL COUNSEL OF RECORD

Defendant State Farm Lloyds ("Defendant") submits this *Index of Matters Being Filed and List of All Counsel of Record* pursuant to Local Rule 81 of the United States District Court for the Southern District of Texas. Pursuant to the Local Rule 81, the following items are being filed with the *Notice of Removal* filed by Defendant:

1. *Index of Matters Being Filed and List of All Counsel of Record*;

2. Copies of all executed process, pleadings asserting causes of action and all orders signed by the state judge as follows:

    A. Civil Case Information Sheet

    B. Plaintiffs' Original Petition;

    C. Citation by personal service;

    D. Defendant's Original Answer; and

    E. Notice of DCC.

3. A copy of the state court docket sheet.

4. The parties' respective attorneys are as follows:

    A.    ATTORNEY FOR PLAINTIFF:

        Joshua P. Davis
        TSBN 24055379
        **JOSH DAVIS LAW FIRM**
        1010 Lamar, Suite 200
        Houston, Texas 77002
        (713) 337-4100 – Phone
        (713) 337-4101 – Fax
        josh@thejdfirm.com

    B.    ATTORNEYS FOR DEFENDANTS:

        Dan K. Worthington
        TSBN 00785282 / SDOTBN 15353
        Sofia A. Ramon
        TSBN 00784811/SDOTBN 20871
        Charles W. Downing
        TSBN 24069631/SDOTBN 1048595
        **ATLAS, HALL & RODRIGUEZ, LLP**
        818 W. Pecan Blvd. (78501)
        P.O. Box 3275
        McAllen, Texas 78502
        Tel:    (956) 682-5501
        Fax:    (956) 686-6109

Dated: July 21, 2015.

# CIVIL CASE INFORMATION SHEET

Filed: 6/18/2015 2:53:52 PM
Eloy R. Garcia, District Clerk
Starr County, Texas

CAUSE NUMBER *(FOR CLERK USE ONLY)*: DC-15-352           COURT *(FOR CLERK USE ONLY)*: 229TH

STYLED: Roel and Gloria Smith v. State Farm Lloyds           Ana Martinez

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

### 1. Contact information for person completing case information sheet:

**Name:** Joshua P. Davis
**Email:** josh@thejdfirm.com
**Address:** 1010 Lamar, Ste 200
**Telephone:** 713-337-4100
**City/State/Zip:** Houston
**Fax:** 713-337-4101
**Signature:** /s/ Joshua P. Davis
**State Bar No:** 24055379

### Names of parties in case:

**Plaintiff(s)/Petitioner(s):** Roel Smith, Gloria Smith

**Defendant(s)/Respondent(s):** State Farm Lloyds

[Attach additional page as necessary to list all parties]

### Person or entity completing sheet is:
■ Attorney for Plaintiff/Petitioner
☐ Pro Se Plaintiff/Petitioner
☐ Title IV-D Agency
☐ Other:

Additional Parties in Child Support Case:
Custodial Parent:
Non-Custodial Parent:
Presumed Father:

### 2. Indicate case type, or identify the most important issue in the case (select only 1):

**Civil**

**Contract — Debt/Contract:**
☐ Consumer/DTPA
☐ Debt/Contract
☐ Fraud/Misrepresentation
☐ Other Debt/Contract:

*Foreclosure*
☐ Home Equity—Expedited
☐ Other Foreclosure
☐ Franchise
■ Insurance
☐ Landlord/Tenant
☐ Non-Competition
☐ Partnership
☐ Other Contract:

**Injury or Damage:**
☐ Assault/Battery
☐ Construction
☐ Defamation
*Malpractice*
☐ Accounting
☐ Legal
☐ Medical
☐ Other Professional Liability:
☐ Motor Vehicle Accident
☐ Premises
*Product Liability*
☐ Asbestos/Silica
☐ Other Product Liability List Product:
☐ Other Injury or Damage:

**Real Property:**
☐ Eminent Domain/Condemnation
☐ Partition
☐ Quiet Title
☐ Trespass to Try Title
☐ Other Property:

**Related to Criminal Matters:**
☐ Expunction
☐ Judgment Nisi
☐ Non-Disclosure
☐ Seizure/Forfeiture
☐ Writ of Habeas Corpus—Pre-indictment
☐ Other:

**Employment:**
☐ Discrimination
☐ Retaliation
☐ Termination
☐ Workers' Compensation
☐ Other Employment:

**Other Civil:**
☐ Administrative Appeal
☐ Antitrust/Unfair Competition
☐ Code Violations
☐ Foreign Judgment
☐ Intellectual Property
☐ Lawyer Discipline
☐ Perpetuate Testimony
☐ Securities/Stock
☐ Tortious Interference
☐ Other:

**Family Law — Marriage Relationship:**
☐ Annulment
☐ Declare Marriage Void
*Divorce*
☐ With Children
☐ No Children

**Other Family Law:**
☐ Enforce Foreign Judgment
☐ Habeas Corpus
☐ Name Change
☐ Protective Order
☐ Removal of Disabilities of Minority
☐ Other:

**Post-judgment Actions (non-Title IV-D):**
☐ Enforcement
☐ Modification—Custody
☐ Modification—Other

**Title IV-D:**
☐ Enforcement/Modification
☐ Paternity
☐ Reciprocals (UIFSA)
☐ Support Order

**Parent-Child Relationship:**
☐ Adoption/Adoption with Termination
☐ Child Protection
☐ Child Support
☐ Custody or Visitation
☐ Gestational Parenting
☐ Grandparent Access
☐ Parentage/Paternity
☐ Termination of Parental Rights
☐ Other Parent-Child:

**Tax:**
☐ Tax Appraisal
☐ Tax Delinquency
☐ Other Tax

**Probate & Mental Health — Probate/Wills/Intestate Administration:**
☐ Dependent Administration
☐ Independent Administration
☐ Other Estate Proceedings

☐ Guardianship—Adult
☐ Guardianship—Minor
☐ Mental Health
☐ Other:

### 3. Indicate procedure or remedy, if applicable (may select more than 1):

☐ Appeal from Municipal or Justice Court
☐ Arbitration-related
☐ Attachment
☐ Bill of Review
☐ Certiorari
☐ Class Action
☐ Declaratory Judgment
☐ Garnishment
☐ Interpleader
☐ License
☐ Mandamus
☐ Post-judgment
☐ Prejudgment Remedy
☐ Protective Order
☐ Receiver
☐ Sequestration
☐ Temporary Restraining Order/Injunction
☐ Turnover

A TRUE COPY
ELOY R. GARCIA
JUL 14 2015
DISTRICT CLERK, STARR COUNTY, TEXAS

DC-15-352

Starr County - District Clerk

Filed: 6/17/2015 4:25:36 PM
Eloy R. Garcia, District Clerk
Starr County, Texas

Ana Martinez

CAUSE NO. DC-15-352

| | | |
|---|---|---|
| **ROEL AND GLORIA SMITH,** | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiffs. | § | |
| | § | |
| vs. | § | |
| | § | STARR COUNTY, TEXAS |
| **STATE FARM LLOYDS,** | § | |
| | § | |
| Defendant. | § | 229TH JUDICIAL DISTRICT |

## PLAINTIFFS' ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

Plaintiffs, Roel and Gloria Smith, file this Original Petition and Request for Disclosure complaining of Defendant, State Farm Lloyds ("State Farm") and in support thereof show the Court and the jury the following:

### DISCOVERY CONTROL PLAN

1. Plaintiffs intend that discovery be conducted under Discovery Level 3 and request the Court issue a Scheduling Order.

### PARTIES

2. Plaintiffs are individuals residing in Starr County, Texas.

3. Defendant State Farm is an insurance company licensed to do business in the state of Texas, and may be served with process by serving its agent for service, Corporation Service Company c/o State Farm Lloyds, 211 E. 7th St., Suite 620, Austin, Texas 78701.

A TRUE COPY I CERTIFY
ELOY RUBEN GARCIA

JUL 20 2015

## JURISDICTION AND VENUE

4. This Court has jurisdiction over this controversy because the damages sought by Plaintiffs are within the jurisdictional limits of this Court. Plaintiffs' damages are less than $75,000.00.

5. The Court has jurisdiction over certain parties because they are companies doing business in Texas and/or individuals who reside in Texas.

6. Venue is proper in this county because the facts giving rise to this litigation occurred in Starr County. The laws of the state of Texas apply to the subject matter of this dispute.

## FACTUAL BACKGROUND

7. Plaintiffs have an insurance policy with State Farm that covers their home, policy number 83-EB-6076-5 (the "Policy"). Plaintiffs' residence is located at 2805 Cenizo Street, Rio Grande City, Texas 78582 (the "Property"). On May 28, 2014, Plaintiffs' home was damaged due to wind and hail. Plaintiffs submitted a claim related to this covered loss and Defendant denied the claim.

## CLAIMS

### *Negligent Misrepresentation*

8. Plaintiffs sue Defendant for negligent misrepresentations. Defendant, either individually or through its authorized agents, employees or representatives, solicited Plaintiffs and made several false representations regarding Defendant's readiness, willingness and ability to fulfill the terms and duties placed on it by terms of Plaintiffs' insurance agreement. These representations led Plaintiffs to rely upon Defendant and

were a material basis for their decision to enter into the respective policies. Absent the misrepresentations made by Defendant, or its authorized agents, employees or representatives, Plaintiffs would not have entered into the respective policies with Defendant. Defendant either knew, or should have known, that these representations were false and made for the purpose of deceiving Plaintiffs so that they would rely on said misrepresentations to Plaintiffs' detriment. As such, Defendant's misrepresentations have caused Plaintiffs to suffer damages for which they now seek compensation.

### *Breach of Good Faith and Fair Dealing*

9.      Defendant, as Plaintiffs' insurance company, at all times during the claims process owed a duty of good faith and fair dealing. Defendant's acts and omissions violated that duty and Plaintiffs were damaged as a result.

### *Breach of Contract*

10.     Defendant, through its various contractual relationships with Plaintiffs, breached its contract with Plaintiffs through its acts and omissions, and have caused damages to Plaintiffs that are greater than the jurisdictional limits of this Court.

### *Money Had & Received/Unjust Enrichment*

11.     Defendant, by refusing to present Plaintiffs with their rightful insurance proceeds stemming from their claims, has caused Plaintiffs to suffer an unconscionable loss and Defendant is unjustly enriched as a result.

*Negligence*

12. At all times Defendant owed the duty of reasonable care to Plaintiffs. Defendant, through its acts and omissions, has breached that duty of care and caused damages to Plaintiffs that are greater than the minimal jurisdictional limits of this Court.

***Texas Insurance Code §§ 541.060 and 541.152***

13. Defendant violated numerous provisions of the TEXAS INSURANCE CODE, Article §541.060 that include:

   a. misrepresenting to a claimant a material fact or policy provision relating to coverage at issue;

   b. failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of:

      i. a claim with respect to which the insurer's liability has become reasonably clear; or

      ii. a claim under one portion of a policy with respect to which the insurer's liability has become reasonably clear to influence the claimant to settle another claim under another portion of the coverage unless payment under one portion of the coverage constitutes evidence of liability under another portion;

   c. failing to promptly provide to a policyholder a reasonable explanation of the basis in the policy, in relation to the facts or

    applicable law, for the insurer's denial of a claim or offer of a compromise settlement of a claim;

  d. failing within a reasonable time to:

    i. affirm or deny coverage of a claim to a policyholder; or

    ii. submit a reservation of rights to a policyholder;

  e. refusing, failing, or unreasonably delaying a settlement offer under applicable first-party coverage on the basis that other coverage may be available or that third parties are responsible for the damages suffered, except as may be specifically provided in the policy; and,

  f. refusing to pay a claim without conducting a reasonable investigation with respect to the claim;

TEX. INS. CODE ANN. § 541.060 (Vernon).

14. Defendant's violations of this provision caused damages to Plaintiffs that are greater than the minimal jurisdictional limits of this Court. Plaintiffs are entitled to relief in accordance with Articles §541.152(a) of the TEXAS INSURANCE CODE.

15. Plaintiffs are also entitled to additional damages pursuant to Article §541.152(b) because Defendant violated that statute knowingly.

### DAMAGES

16. As a direct and proximate result of the acts, omissions, breaches and violations more fully described above, Plaintiffs have been damaged by Defendant's acts and/or omissions and those damages are within the jurisdictional limits of this Court.

17. Ultimately, Plaintiffs will ask a jury of their peers to assess a fair and reasonable amount of money damages as compensation for their economic and non-economic injuries, as well as punishment for Defendant's actions. These damages will include statutory penalty interest and consequential damages. Additionally, Plaintiffs seek pre- and post-judgment interest, costs of court, and reasonable and necessary attorney's fees.

## EXEMPLARY DAMAGES

18. Defendant's actions as described above were intentional and made with knowing disregard for Plaintiffs' rights and/or with malice towards Plaintiffs. Plaintiffs pray for punitive damages in addition to compensatory damages.

## ATTORNEYS' FEES

19. Plaintiffs have been required to obtain legal counsel as a result of Defendant's intentional acts and omissions. As a result, Plaintiffs have and will incur attorney's fees and expenses prosecuting their claims. Plaintiffs are therefore entitled to recover their reasonable and necessary attorney's fees under both the TEXAS INSURANCE CODE and TEX. CIV. PRAC. & REM. CODE. ANN. § 38.001 *et seq.*

## CONDITIONS PRECEDENT

20. All necessary conditions precedent to the filing of this suit have been, or will be, met as required by law.

## JURY DEMAND

21. Plaintiffs demand a trial by jury, and include the appropriate fee herein.

## REQUEST FOR DISCLOSURE

22. Plaintiffs request that Defendant disclose within 50 days of the receipt of this suit the information listed in TEXAS RULE OF CIVIL PROCEDURE 194.2 (a) – (l).

## CONCLUSION

Plaintiffs, Roel and Gloria Smith, request that Defendant, State Farm Lloyds, be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for Plaintiffs against Defendant for the following:

    a.    Actual and consequential damages;

    b.    Punitive and additional damages;

    c.    Statutory interest of 18%;

    d.    Attorney's fees and expenses;

    e.    Pre- and post-judgment interest at the maximum legal rate;

    f.    Costs of suit; and,

    g.    All other and further relief, at law or in equity, to which Plaintiffs may show themselves justly entitled.

Respectfully submitted,

**JOSH DAVIS LAW FIRM**

By:  /s/ J. P. Davis
      Joshua P. Davis
      State Bar No. 24055379
1010 Lamar, Suite 200
Houston, Texas 77002
(713) 337-4100/Phone
(713) 337-4101/Fax
josh@thejdfirm.com

*Attorney for Plaintiffs*

| | |
|---|---|
| **CLERK OF THE COURT**<br>ELOY R. GARCIA<br>STARR COUNTY COURTHOUSE<br>RIO GRANDE CITY, TEXAS 78582 | **ATTORNEY FOR PLAINTIFF**<br>JOSHUA P. DAVIS<br>1010 LAMAR, SUITE 200<br>HOUSTON, TEXAS 77002 |

## CITATION

**THE STATE OF TEXAS**

NOTICE TO THE DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation By 10:00 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:  STATE FARM
     MAY BE SERVED WITH PROCESS
     BY SERVING ITS AGENT
     CORPORATION SERVICE COMPANY
     C/O STATE FARM LLOYDS
     211 E. 7TH ST., SUITE 620
     AUSTIN, TEXAS 78701

DEFENDANT, in the hereafter and styled and numbered cause: **DC-15-352.** You are hereby commanded to appear by filing a written answer to the Plaintiff's **ORIGINAL PETITION AND REQUEST FOR DISCLOSURE,** at or before 10:00 o'clock a.m. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **229TH DISTRICT COURT JUDGE ANA LISA GARZA** of STARR COUNTY, TEXAS at the Courthouse of said County in RIO GRANDE CITY, TEXAS. Said Petition was filed on the **11TH Day of JUNE A.D. 2015,** in this cause numbered **DC-15-352** the docket of said court, and styled,

**ROEL AND GLORIA SMITH,
PLAINTIFFS
VS.
STATE FARM LLOYDS,
DEFENDANT**

The nature of Plaintiff's demand is fully shown by a true and correct copy Plaintiff's **ORIGINAL PETITION AND REQUEST FOR DISLCOSURE,** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at office, this **22ND Day of JUNE, 2015**

ELOY R. GARCIA
DISTRICT CLERK
OF STARR COUNTY, TEXAS

BY: *Ana Martinez*
    DEPUTY CLERK

**NOTICE**

A TRUE COPY I CERTIFY
ELOY RUBEN GARCIA

You have been sued. You may employ an attorney. If you or your Attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

JUL 2 0 2015

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, _____ at _____ o'clock ____ .M. Executed at _____, within the County of _____. at _____ o'clock _____ .M. on the _____ day of _____, _____, by delivering to the within named_____ a true copy of this citation together with the accompanying copy of this petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery

Not executed, the diligence used to execute being _____ ; for the following reason _____ _____ _____, the defendant may be found _____

Total fee for serving this citation _____          Sheriff Account No._____

To certify which witness my hand officially.

Sheriff of _____ County, Texas                 By:_____ Deputy

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT**

In accordance with Rule 107: The officer authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my address is _____.

I DECLARE UNDER PENALTY OF PREJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____ county, state of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(ID # & expiration of certification)

File No. **DC-15-352**

CITATION FOR PERSONAL SERVICE IN STATE

**ROEL AND GLORIA SMITH,**
**PLAINTIFFS**
**VS.**
**STATE FARM LLOYDS,**
**DEFENDANT**

229TH DISTRICT COURT
OF STARR COUNTY, TEXAS

ISSUED ON: THIS 22ND DAY OF JUNE 2015
ELOY R. GARCIA
CLERK DISTRICT COURT

BY: _Ana Martinez_
DEPUTY CLERK

FILED ON: This _____ day of _____, 2015
At_____ o'clock _____ .M.
ELOY R. GARCIA
CLERK DISTRICT COURT

BY: _____
DEPUTY CLERK

Filed: 7/10/2015 1:55:32 PM
Eloy R. Garcia, District Clerk
Starr County, Texas
Angelica Reyes

CAUSE NO. DC-15-352

| | | |
|---|---|---|
| ROEL AND GLORIA SMITH,<br>Plaintiffs, | § § § | IN THE DISTRICT COURT OF |
| vs. | § § § | STARR COUNTY, TEXAS |
| STATE FARM LLOYDS,<br>Defendant. | § § | 229th JUDICIAL DISTRICT |

### DEFENDANT'S ORIGINAL ANSWER TO PLAINTIFFS' ORIGINAL PETITION

NOW COMES Defendant **STATE FARM LLOYDS** ("State Farm") and files this Defendant's Original Answer to Plaintiffs' Original Petition and would show the court as follows:

### I.
### GENERAL DENIAL

Reserving the right to file other further pleadings, exceptions and/or denials, Defendant generally denies each and every material allegation contained in Plaintiffs' Original Petition and demands strict proof thereof in accordance with the laws and the Rules of Civil Procedure of the State of Texas.

### II.
### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant **STATE FARM LLOYDS** requests judgment of the Court that Plaintiffs take nothing by this suit, and that Defendant be awarded costs and such other and further relief to which it may be justly entitled.

A TRUE COPY I CERTIFY
ELOY RUBEN GARCIA

JUL 20 2015

Respectfully submitted,

**ATLAS, HALL & RODRIGUEZ, LLP**
P. O. Drawer 3725
818 Pecan (78501)
McAllen, Texas 78502
(956) 682-5501 – Phone
(956) 686-6109 – Fax

By: _____
Sofia A. Ramon
State Bar No. 00784811
sramon@atlashall.com
Dan K. Worthington
State Bar No. 00785282
dkw@atlashall.com
Elizabeth Sandoval Cantu
Texas State Bar No. 24013455
ecantu@atlashall.com
Charles W. Downing
State Bar No. 24069631
cdowning@atlashall.com

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of July, 2015, a true and correct copy of the foregoing document was sent via facsimile and/or certified mail, return receipt requested, to all counsel of record in this cause, to-wit:

Josh P. Davis
**JOSH DAVIS LAW FIRM**
1010 Lamar, Ste. 200
Houston, Texas 77002
(713) 337-4100 – Phone
(713) 337-4101 – Fax
josh@thejdfirm.com

_____
Sofia A. Ramon

Filed: 7/15/2015 12:12:46 PM
Eloy R. Garcia, District Clerk
Starr County, Texas

Brendaly Guerrero

Ana Lisa Garza
Judge – 229TH JUDICIAL DISTRICT COURT
P. O. Box 861
Rio Grande City, Texas 78582
Telephone Number 956-487-2636
Fax Number 956-487-4093
July 15, 2015

Mr. Joshua P. Davis
E-mail: josh@thejdfirm.com
Attorney at Law
1010 Lamar, Suite 200
Houston, Texas 77002

Ms. Sofia A. Ramon
Attorney at Law
E-mail: sramon@atlashall.com
Mr. Dan K. Worthington
Attorney at Law
E-mail: dkw@atlashall.com
Ms. Elizabeth Sandoval Cantu
Attorney at Law
E-mail: ecantu@atlashall.com
Mr. Charles W. Downing
Attorney at Law
E-mail: cdowning@atlashall.com
P. O. Drawer 3725
McAllen, Texas 78502

          IN RE:    Cause No. DC-15-352
                       Roel and Gloria Smith
                       v.
                       State Farm Lloyds
                       229th Judicial District Court
                       Starr County, Texas

Ladies & Gentlemen:

      Please be advised that the above styled and numbered cause has been set by the Court for a telephonic Docket Control Conference on Friday, August 21, 2015 at 3:00 p.m.

A TRUE COPY I CERTIFY
ELOY RUBEN GARCIA

JUL 20 2015

DISTRICT CLERK, STARR COUNTY, TEXAS
BY _____ DEPUTY

 The attorneys are instructed by the Court to confer and agree as to who will make the arrangements to initiate the telephone conference.

      ANA MARIA R. SAENZ
      229TH DISTRICT COURT COORDINATOR

S/M Inc, Dallas 1-800-648-7022

# CIVIL DOCKET

CASE NO. DC-15-352

| NUMBER OF CASE | NAMES OF PARTIES | | ATTORNEYS | Kind of Action and Party Demanding Jury | DATE OF FILING | | |
|---|---|---|---|---|---|---|---|
| | | | | | Mo. | Day | Year |
| DC-15-352 | Roel & Gloria Smith | vs. | Joshua P. Davis Plff. | Breach of Breach | 6 | 17 | 15 |
| | | | Sofia A. Ramon Dft. | | Jury Fee, Paid By Jury No. | | |

| DATE OF ORDERS | | | Was Stenographer Used? | ORDERS OF COURT | MINUTE BOOK | | PROCESS |
|---|---|---|---|---|---|---|---|
| Mo. | Day | Year | | | Vol. | Page | |
| 6 | 17 | 15 | | Jury Demand. | | | |
| 7 | 10 | 15 | | State Farm Lloyds filed answer. | | | |

A TRUE COPY I CERTIFY
ELOY RUBEN GARCIA
JUL 20 2015
DISTRICT CLERK STARR COUNTY, TEXAS
BY _____ DEPUTY

[Seal: 229th DISTRICT COURT STARR COUNTY TEXAS]